United States District Court
Southern District of Texas
**ENTERED**
April 11, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| THANH DUC TRAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-00028 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On February 6, 2026, the federal respondents filed a motion for an extension of time to respond to the petitioner's habeas petition.  (Docket Entry No. 6).  As the federal respondents correctly assert, this case presents a fact-specific *Zadvydas* claim that is more complicated than the typical immigration-related habeas petitions that have been filed in recent months under 8 U.S.C. § 1225.  The court grants the motion to extend and will deem the response filed on February 17, 2026, to be timely filed.  (Docket Entry No. 9).

The court also notes that on February 18, 2026, the federal respondents advised the court that five days from the date of the advisory, the respondents planned to remove the petitioner to Vietnam.  (Docket Entry No. 10).  If the petitioner's removal has already occurred, his *Zadvydas* claim is moot.  No later than April 15, 2026, the parties must inform the court whether the petitioner has been removed or whether he remains in custody.

SIGNED on April 7, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge